BERNARD DUNCAN, an Infant, by WILLIAM DUNCAN,
His Guardian ad Litem, Respondent, *v.* JEROME LAURY
et al., Appellants.

(Submitted April 22, 1935; decided April 30, 1935.)

*Jacob M. Zinaman* for motion.
*Charles B. Levine* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.